STATE OF CONNECTICUT *v.* THE KEYHOLE PUBLISHING COMPANY ET AL.

The motion by the defendants to dismiss the petition for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Irwin D. Mittelman,* for the appellees (defendants).

*William Lage,* for the appellant (state).

Argued November 2—decided November 2, 1965

ROBERT R. GOLDBERGER, TRUSTEE, ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF BRIDGEPORT ET AL.

The petition by Albert L. Coles and Daniel D. McDonald for leave to appear as amici curiae in the appeal from the Court of Common Pleas in Fairfield County in the above-entitled case and to file in this case their brief for the appeal in the case of *Sarah Paget et al.* v. *Zoning Board of Appeals for the City of Bridgeport et al.,* Court of Common Pleas, Fairfield County, No. 85063, is granted.

Submitted November 2—decided November 2, 1965

JOHN KRULIKOWSKI ET AL. *v.* THE POLYCAST CORPORATION

The motion by the plaintiffs to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Emanuel Margolis,* for the appellees (plaintiffs).

*P. Hurley Bogardus, Jr.,* for the appellant (defendant).